THOMAS E. WINNER
Nevada Bar No. 5168
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com

Attorneys for GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVDA

| | |
|---|---|
| CYNTHIA OGAZ,<br><br>        Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | CASE NO.: 2:17-CV-02443<br><br>**STIPULATION & ORDER** |

IT IS HEREBY STIPULATED AND AGREED that Eric Daly of the Law Office of Kumen L. Taylor is withdrawing as counsel of record for Defendant GEICO CASUALTY COMPANY in the above-referenced matter.

IT IS FURTHER STIPULATED AND AGREED that Eric Daly and the Law Office of

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Kumen Taylor be removed from this case and all future filings.

Law Office of Kumen L. Taylor          Edward M. Bernstein & Associates

/s/ Eric A. Daly – 05/11/18            /s/ David M. Moore – 05/11/18
Eric A. Daly                           David M. Moore
Nevada Bar No. 5274                    Nevada Bar No. 8580
8345 West Sunset Road, Suite 250       500 South Fourth Street
Las Vegas, Nevada 89113                Las Vegas, Nevada 89101

Atkin Winner & Sherrod

/s/ Thomas E. Winner - 05/11/18
Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102

## **ORDER**

Based upon the Stipulation of the parties;

IT IS HEREBY ORDERED Eric Daly and the Law Office of Kumen L. Taylor is hereby allowed to withdraw as counsel of record for Defendant GEICO CASUALTY COMPANY in the above-referenced matter.

IT IS FURTHER ORDERED that Eric Daly and the Law Office of

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Kumen Taylor be removed from this case and all future filings.
2  IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 15, 2018

Submitted by:

Atkin Winner & Sherrod

 /s/ THOMAS E. WINNER
THOMAS E. WINNER
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, NV 89102