# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA OGAZ, <br><br> Plaintiff <br><br> v. <br><br> GEICO CASUALTY COMPANY, <br><br> Defendant | 2:17-cv-02443-JAD-CWH <br><br> **Order Referring Case for a Mandatory Settlement Conference** |

This case is currently set for a jury trial on the October 30, 2018 trial stack.

**IT IS HEREBY ORDERED** that this case is referred to Magistrate Judge Carl W. Hoffman for a mandatory settlement conference.

DATED: May 25, 2018

_____
Jennifer A. Dorsey
United States District Judge