# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA OGAZ, | Case No.: 2:17-cv-02443-JAD-CWH |
| Plaintiff | **Order** |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant | |

This Court, having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, ORDERS that all meals and lodging, if required, for said jury and attendants must be paid by the Clerk of Court.

DATED this 4th day of December, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE